**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.**

**Dated: November 09, 2010**

**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

ARIZONA LIZANATAY, L.L.C., et al.,

Debtor.

THIS FILING APPLIES TO:

■ ALL DEBTORS

□ SPECIFIED DEBTORS

LIZANATAY MANAGEMENT SERVICES, L.L.C.;
LIZANATAY HOLDINGS, L.L.C.;
BUFFALO PROPERTIES, L.L.C.;
GRAND VALLEY LIZANATAY, L.L.C.;
RAWLINS LIZANATAY, L.L.C.; and
HART STREET LIZANATAY, L.L.C.

Debtors.

(In Proceedings Under Chapter 11)

Case No. 2:10-bk-33205-RJH

Jointly Administered With:

2:10-bk-33209-RJH
2:10-bk-33218-RJH
2:10-bk-33222-RJH
2:10-bk-33225-RJH
2:10-bk-33228-RJH
2:10-bk-33234-RJH

**SECOND INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL AND SETTING FINAL HEARING ON THE USE OF CASH COLLATERAL**

This Court having considered the Debtors' *Motion For Interim and Final Orders Authorizing the Use of Cash Collateral* (the "Motion"), the declarations and other exhibits attached thereto and, upon agreement of the Debtors and the lenders having an interest in certain cash collateral and good cause appearing,

**IT IS ORDERED** that the Order granting the Motion previously entered by the Court is, hereby, extendedon an interim basis under the terms and conditions stated in this Order.

**IT IS FURTHER ORDERED** that:

Pursuant to Bankruptcy Code §363(c), Debtors are hereby authorized to use Cash Collateral only as provided in this Order. Unless terminated earlier under the terms of this Order, Debtors' authorization to use Cash Collateral shall terminate at the close of business on November 15, 2010 (the date set for the Continued Final Hearing on the Motion regarding use of Cash Collateral), unless extended by further Order of the Court or agreement between the Debtors and the Lenders, as that term is defined below. If the Debtors fail to comply fully with the material terms and conditions of this Order, and any of American National Bank ("ANB"), IMG Note I , LLC, an affiliate of Hotel Capital Partners ("HCP"), PMC Commercial Trust ("PMC") and the United States Small Business Administration (the "SBA") (ANB, HCP, PMC and the SBA are referred to collectively as the "Lenders") objects to any subsequent use of its Cash Collateral in writing to Counsel for the Debtors, then the Debtors' authorization to use the Cash Collateral for any purpose shall terminate. The Debtors may thereafter obtain an emergency hearing on further authority to use Cash Collateral at a hearing set on at least two (2) business days' notice to the Lenders.[1]

**IT IS FURTHER ORDERED** that:

1. Each Debtor shall hold and deposit all Cash Collateral in its own segregated bank account(s) (collectively, the "Cash Collateral Bank Accounts"). Each Debtor will sequester and

[1] For purposes of this Order, "Cash Collateral" shall mean all cash proceeds and other cash equivalents in which any of the Lenders claim a lien or security interest, including, but not limited to, all rents, hotel revenues, accounts, fees, charges, or other payments for the use or occupancy of rooms and other public facilities, and all proceeds therefrom.

segregate all of its Cash Collateral in the respective Cash Collateral Bank Accounts. Each Debtor may withdraw funds from its respective Cash Collateral Bank Accounts only as necessary to pay its respective approved Emergency Expenses (as that term is defined below, including the amounts the Court has authorized be paid by that Debtor to employees (other than Dallas and Christena Bligh) on account of prepetition wages the ("Wage Claims")) and prepetition sales taxes (the "Sales Taxes") from the restaurants owned and operated by Rawlins Lizanatay, LLC, and Buffalor Properties, LLC, in accordance with the provisions of this Order.

2. A copy of an emergency expense budget (the "Budget") itemizing the critical post-petition expenses, the payments to utilities and the payment of the sales taxes identified therein that must be paid by each Debtor during the period through the date of the Continued Final Hearing set forth below is attached as **Exhibit "A"** to this Order. Each Debtor may use its respective Cash Collateral only to pay ordinary and necessary post-petition expenses for that Debtor as listed in the Budget (the "Emergency Expenses") within a 10% variance for each line item, which include the Wage Claims and Sales Taxes; provided, however, that there will be no payments of management fees by any Debtor, and there will be no payments under the line item "Professional Fees" under the Budget. A Debtor may not pay any Emergency Expenses that would cause total payments to exceed any line item stated in its Emergency Expense Budget plus a 10% variance (on a cumulative basis during the period from November 3, 2010 through the date of the Continued Final Hearing) without Lenders' prior written consent. The Replacement Liens are in addition to, and without prejudice to, any lien on such collateral which any Lender might otherwise hold, and does not in any way limit any other rights, liens or claims held by any Lender.

3. Notwithstanding anything in Bankruptcy Code §552 to the contrary, and subject to the limitations stated below in this paragraph, each Lender shall have and is hereby granted (effective and continuing without the necessity of the execution, filing and/or recordation of mortgages, security agreements, patent security agreements, trademarks security agreements, pledge agreements, deposit account control agreements, financing statements or otherwise), valid and perfected security interests and liens (the "Replacement Liens") in all of the applicable Debtor's post-petition assets of the type described as "collateral" in such Lender's respective loan documents, including, without limitation, all of the applicable Debtor's post-petition rents, hotel revenues, accounts, fees, charges, or other payments for the use or occupancy of rooms and other public facilities, and all proceeds therefrom. The Replacement Liens granted to each Lender: (i) will secure repayment of the indebtedness owing to such Lender under the applicable loan documents, but will be limited in amount to the total amount of Cash Collateral used by the applicable Debtor(s) from and after the Filing Date; (ii) will be evidenced by such Lender's existing loan documents and this Order; and (iii) will have the same validity and priority as such Lender's respective existing liens and security interests in Cash Collateral (including proceeds hotel revenues and accounts) under such Lender's loan documents as of the Filing Date.

4. To the extent the Replacement Liens (if any) granted to each Lender do not provide such Lender with adequate protection of its interest in the Cash Collateral, such Lender may seek a super-priority administrative expense claim under Bankruptcy Code §507(b) as necessary to fully compensate such Lender for the use of its Cash Collateral.

5. Further, commencing Wednesday, November 3, 2010, and on each Wednesday thereafter, the Debtors shall provide to Lenders an accounting which includes the following: (a) the balance of the Cash Collateral Bank Accounts (in which the Cash Collateral is segregated) at

the end of the prior week; (b) all withdrawals from the Cash Collateral Bank Accounts during the prior week, and each of the payments funded with those withdrawals; and (c) all deposits in the Cash Collateral Bank Accounts during the prior week. In addition, the Debtors shall promptly provide to Lenders all other financial information reasonably requested in writing by any Lender or its attorneys or other representatives.

6. Nothing in this Order will be deemed or construed as an admission or waiver by any Lender or the Debtors as to adequate protection or the lack of adequate protection, or any other issue in these bankruptcy cases; nor, shall this Order constitute consent by any Lender to the use of its Cash Collateral other than for the limited purpose and during the limited period expressly provided herein. Without limiting the foregoing in any way, Lenders' rights to object to the Motion in all respects are fully preserved. Nothing in this Order shall prejudice the rights of any Lender or the Debtors to seek any other or further relief that such Lender may deem necessary or appropriate under the circumstances.

7. The Replacement Liens encumber all of the applicable Debtor's post-petition assets of the type described as "collateral" in each Lender's respective loan documents. The Debtors, however, reserve the right to argue that Lenders' Cash Collateral arising after the date of the Final Hearing does not include all or a portion of the revenue generated by the operation of the restaurants owned by the Debtors and the entry of this Order shall be without prejudice to that issue.

**IT IS FURTHER ORDERED** that a Continued Final Hearing on the Motion shall be held on the 15th day of November, 2010, at 1:30 p.m. in Courtroom No. 603, United States Bankruptcy Court, 230 N. First Ave, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** that Debtors shall serve copies of this Order on each of the Lenders and the 20 largest unsecured creditors in these jointly administered cases and those who have entered an appearance in the case.

**IT IS FURTHER ORDERED** that any objections to the Motion or to the relief set forth herein being incorporated into a Final Order Approving the Use of Cash Collateral must be filed with the Court and served upon Counsel for the Debtor by no later than 5 days prior to the Final Hearing.

**DATED AND SIGNED ABOVE**

# EXHIBIT “A”

# Super 8 Cash Collateral Budget

| | Nov 3-9 | | Total |
|---|---|---|---|
| Room Revenue | $5,000.00 | $5,000.00 | $10,000.00 |
| Food Revenue | $0.00 | | $0.00 |
| Beverage Revenue | $0.00 | | $0.00 |
| Sales Tax Collected | $350.00 | $350.00 | $700.00 |
| **Gross Profit** | **$5,350.00** | **$5,350.00** | **$10,700.00** |
| Food Cost | $0.00 | $0.00 | $0.00 |
| Liquor Cost | $0.00 | $0.00 | $0.00 |
| Advertising | $0.00 | $0.00 | $0.00 |
| Auto Expense | $0.00 | $0.00 | $0.00 |
| Bank Charges | $0.00 | $0.00 | $0.00 |
| Bad Debts | $0.00 | $0.00 | $0.00 |
| Breakfast | $200.00 | $200.00 | $400.00 |
| Casual Labor | $0.00 | $0.00 | $0.00 |
| Contract Labor | $0.00 | $0.00 | $0.00 |
| Credit Card Fees | $75.00 | $75.00 | $150.00 |
| Emp. Benefits | $25.00 | $25.00 | $50.00 |
| Dues and Sub. | $1,041.00 | $0.00 | $1,041.00 |
| Franchise Fees | $0.00 | $0.00 | $0.00 |
| Freight & Postage | $0.00 | $0.00 | $0.00 |
| Insurance | $350.00 | $0.00 | $350.00 |
| Office Expense | $0.00 | $0.00 | $0.00 |
| Leases | $200.00 | $0.00 | $200.00 |
| Linens | $0.00 | $0.00 | $0.00 |
| Payroll Taxes | $0.00 | $730.00 | $730.00 |
| Worker's Comp | $0.00 | $0.00 | $0.00 |
| Professional Fees | $0.00 | $0.00 | $0.00 |
| Promotion | $0.00 | $0.00 | $0.00 |
| Property Taxes | $0.00 | $0.00 | $0.00 |
| Repair and Maint. | $300.00 | $300.00 | $600.00 |
| Salaries | $0.00 | $7,500.00 | $7,500.00 |
| Supplies | $400.00 | $400.00 | $800.00 |
| Telephone | $650.00 | $0.00 | $650.00 |
| Training | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Travel Agent | $0.00 | $0.00 | $0.00 |
| Uniform Expense | $0.00 | $0.00 | $0.00 |
| Utilities | $3,950.00 | $0.00 | $3,950.00 |
| **Total Expense** | **$7,191.00** | **$9,230.00** | **$16,421.00** |
| **Net Ordinary Income** | **($1,841.00)** | **($3,880.00)** | **($5,721.00)** |
| Debt Service | | | **$0.00** |
| Sales Tax | | | **$0.00** |
| **Net Income** | **($1,841.00)** | **($3,880.00)** | **($5,721.00)** |

# Buffalo Cash Collateral Budget

| | Nov 3-9 | Nov 10-16 | Total |
|---|---|---|---|
| Room Revenue | $5,000.00 | $5,000.00 | $10,000.00 |
| Food Revenue | $6,500.00 | $5,200.00 | $11,700.00 |
| Beverage Revenue | $3,250.00 | $3,500.00 | $6,750.00 |
| Sales Tax Collected | $837.50 | $785.00 | $1,622.50 |
| **Gross Revenue** | **$15,587.50** | **$14,485.00** | **$30,072.50** |
| Food Cost | $2,275.00 | $1,820.00 | $4,095.00 |
| Liquor Cost | $1,040.00 | $1,120.00 | $2,160.00 |
| Advertising | $1,442.00 | $300.00 | $1,742.00 |
| Auto Expense | $0.00 | $300.00 | $300.00 |
| Bank Charges | $0.00 | $0.00 | $0.00 |
| Bad Debts | $0.00 | $0.00 | $0.00 |
| Breakfast | $300.00 | $300.00 | $600.00 |
| Casual Labor | $0.00 | $0.00 | $0.00 |
| Contract Labor | $0.00 | $0.00 | $0.00 |
| Credit Card Fees | $264.99 | $246.25 | $511.23 |
| Emp. Benefits | $150.00 | $150.00 | $300.00 |
| Dues and Sub. | $887.50 | $200.00 | $1,087.50 |
| Franchise Fees | $0.00 | $0.00 | $0.00 |
| Freight & Postage | $15.00 | $15.00 | $30.00 |
| Insurance | $700.00 | $0.00 | $700.00 |
| Office Expense | $75.00 | $75.00 | $150.00 |
| Leases | $0.00 | $0.00 | $0.00 |
| Linens | $0.00 | $0.00 | $0.00 |
| Payroll Taxes | $0.00 | $1,750.00 | $1,750.00 |
| Worker's Comp | $0.00 | $450.00 | $450.00 |
| Professional Fees | $0.00 | $0.00 | $0.00 |
| Promotion | $0.00 | $0.00 | $0.00 |
| Property Taxes | $0.00 | $0.00 | $0.00 |
| Repair and Maint. | $500.00 | $2,000.00 | $2,500.00 |
| Salaries | $0.00 | $15,500.00 | $15,500.00 |
| Supplies | $900.00 | $900.00 | $1,800.00 |
| Telephone | $631.27 | $0.00 | $631.27 |
| Training | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Travel Agent | $0.00 | $0.00 | $0.00 |
| Uniform Expense | $0.00 | $500.00 | $500.00 |
| Utilities | $4,720.00 | $0.00 | $4,720.00 |
| **Total Expense** | **$13,900.76** | **$25,626.25** | **$39,527.00** |
| **Net Ordinary Income** | **$1,686.74** | **($11,141.25)** | **($9,454.50)** |
| Debt Service | | | **$0.00** |
| Sales Tax | | $7,150.29 | **$7,150.29** |
| **Net Income** | **$1,686.74** | **($18,291.54)** | **($16,604.79)** |

# Phoenix Cash Collateral Budget

| | Nov 3-9 | Nov 10-16 | Total |
|---|---|---|---|
| Room Revenue | $30,000.00 | $30,000.00 | $60,000.00 |
| Food Revenue | $2,500.00 | $2,500.00 | $5,000.00 |
| Beverage Revenue | $3,000.00 | $2,000.00 | $5,000.00 |
| Sales Tax Collected | $3,685.00 | $3,615.00 | $7,300.00 |
| **Gross Profit** | **$39,185.00** | **$38,115.00** | **$77,300.00** |
| Food Cost | $1,000.00 | $1,400.00 | $2,400.00 |
| Liquor Cost | $960.00 | $1,200.00 | $2,160.00 |
| Advertising | $0.00 | $0.00 | $0.00 |
| Auto Expense | $150.00 | $150.00 | $300.00 |
| Bank Charges | $0.00 | $0.00 | $0.00 |
| Bad Debts | $0.00 | $0.00 | $0.00 |
| Breakfast | $900.00 | $1,350.00 | $2,250.00 |
| Casual Labor | $0.00 | $0.00 | $0.00 |
| Contract Labor | $0.00 | $0.00 | $0.00 |
| Credit Card Fees | $950.00 | $950.00 | $1,900.00 |
| Emp. Benefits | $200.00 | $200.00 | $400.00 |
| Dues and Sub. | $2,129.00 | $0.00 | $2,129.00 |
| Franchise Fees | $0.00 | $0.00 | $0.00 |
| Freight & Postage | $35.00 | $35.00 | $70.00 |
| Insurance | $875.00 | $0.00 | $875.00 |
| Office Expense | $225.00 | $225.00 | $450.00 |
| Leases | $0.00 | $0.00 | $0.00 |
| Linens | $0.00 | $0.00 | $0.00 |
| Payroll Taxes | $0.00 | $1,750.00 | $1,750.00 |
| Worker's Comp | $1,306.80 | $1.00 | $1,307.80 |
| Professional Fees | $0.00 | $0.00 | $0.00 |
| Promotion | $0.00 | $0.00 | $0.00 |
| Property Taxes | $0.00 | $0.00 | $0.00 |
| Repair and Maint. | $500.00 | $500.00 | $1,000.00 |
| Salaries | $0.00 | $16,250.00 | $16,250.00 |
| Supplies | $900.00 | $3,500.00 | $4,400.00 |
| Telephone | $1,137.00 | $0.00 | $1,137.00 |
| Training | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $1,000.00 | $1,000.00 |
| Travel Agent | $0.00 | $0.00 | $0.00 |
| Uniform Expense | $0.00 | $0.00 | $0.00 |
| Utilities | $12,934.00 | $0.00 | $12,934.00 |
| **Total Expense** | **$24,201.80** | **$28,511.00** | **$52,712.80** |
| **Net Ordinary Income** | **$14,983.20** | **$9,604.00** | **$24,587.20** |
| Debt Service | | | **$0.00** |
| Sales Tax | | | **$0.00** |
| **Net Income** | **$14,983.20** | **$9,604.00** | **$24,587.20** |

# Grand Valley Cash Collateral Budget

| | Nov 3-9 | Nov 10-16 | Total |
|---|---|---|---|
| Room Revenue | $14,000.00 | $13,000.00 | $27,000.00 |
| Food Revenue | $0.00 | $0.00 | $0.00 |
| Beverage Revenue | $0.00 | $0.00 | $0.00 |
| Sales Tax Collected | $1,493.80 | $1,387.10 | $2,880.90 |
| **Gross Profit** | **$15,493.80** | **$14,387.10** | **$29,880.90** |
| Food Cost | $0.00 | $0.00 | $0.00 |
| Liquor Cost | $0.00 | $0.00 | $0.00 |
| Advertising | $291.67 | $291.67 | $583.33 |
| Auto Expense | $30.00 | $30.00 | $60.00 |
| Bank Charges | $0.00 | $0.00 | $0.00 |
| Bad Debts | $0.00 | $0.00 | $0.00 |
| Breakfast | $500.00 | $500.00 | $1,000.00 |
| Casual Labor | $0.00 | $0.00 | $0.00 |
| Contract Labor | $0.00 | $0.00 | $0.00 |
| Credit Card Fees | $285.00 | $285.00 | $570.00 |
| Emp. Benefits | $30.00 | $30.00 | $60.00 |
| Dues and Sub. | $2,283.00 | $800.00 | $3,083.00 |
| Franchise Fees | $0.00 | $0.00 | $0.00 |
| Freight & Postage | $15.00 | $15.00 | $30.00 |
| Insurance | $0.00 | $0.00 | $0.00 |
| Office Expense | $45.00 | $250.00 | $295.00 |
| Leases | $0.00 | $0.00 | $0.00 |
| Linens | $0.00 | $0.00 | $0.00 |
| Payroll Taxes | $0.00 | $900.00 | $900.00 |
| Worker's Comp | $0.00 | $0.00 | $0.00 |
| Professional Fees | $0.00 | $0.00 | $0.00 |
| Promotion | $350.00 | $350.00 | $700.00 |
| Property Taxes | $0.00 | $0.00 | $0.00 |
| Repair and Maint. | $350.00 | $500.00 | $850.00 |
| Salaries | $0.00 | $9,100.00 | $9,100.00 |
| Supplies | $500.00 | $500.00 | $1,000.00 |
| Telephone | $795.00 | $795.00 | $1,590.00 |
| Training | $0.00 | $0.00 | $0.00 |
| Travel | $500.00 | $500.00 | $1,000.00 |
| Travel Agent | $0.00 | $0.00 | $0.00 |
| Uniform Expense | $0.00 | $0.00 | $0.00 |
| Utilities | $4,800.00 | $0.00 | $4,800.00 |
| **Total Expense** | **$10,774.67** | **$14,846.67** | **$25,621.33** |
| **Net Ordinary Income** | **$4,719.13** | **($459.57)** | **$4,259.57** |
| Debt Service | | | **$0.00** |
| Sales Tax | | | **$0.00** |
| **Net Income** | **$4,719.13** | **($459.57)** | **$4,259.57** |

11000

# Rawlins Cash Collateral Budget

| | Nov 3-9 | Nov 10-16 | Total |
|---|---|---|---|
| Room Revenue | $25,000.00 | $29,500.00 | $54,500.00 |
| Food Revenue | $12,000.00 | $12,000.00 | $24,000.00 |
| Beverage Revenue | $4,500.00 | $4,500.00 | $9,000.00 |
| Sales Tax Collected | $2,575.00 | $2,890.00 | $5,465.00 |
| **Gross Profit** | **$44,075.00** | **$48,890.00** | **$92,965.00** |
| Food Cost | $4,800.00 | $4,800.00 | $9,600.00 |
| Liquor Cost | $1,440.00 | $1,440.00 | $2,880.00 |
| Advertising | $2,316.67 | $0.00 | $2,316.67 |
| Auto Expense | $0.00 | $0.00 | $0.00 |
| Bank Charges | $0.00 | $0.00 | $0.00 |
| Bad Debts | $0.00 | $0.00 | $0.00 |
| Breakfast | $0.00 | $0.00 | $0.00 |
| Casual Labor | $0.00 | $0.00 | $0.00 |
| Contract Labor | $0.00 | $0.00 | $0.00 |
| Credit Card Fees | $969.65 | $1,075.58 | $2,045.23 |
| Emp. Benefits | $250.00 | $250.00 | $500.00 |
| Dues and Sub. | $2,631.00 | $400.00 | $3,031.00 |
| Franchise Fees | $0.00 | $0.00 | $0.00 |
| Freight & Postage | $30.00 | $30.00 | $60.00 |
| Insurance | $1,050.00 | $0.00 | $1,050.00 |
| Office Expense | $125.00 | $125.00 | $250.00 |
| Leases | $3,899.09 | $0.00 | $3,899.09 |
| Linens | $0.00 | $0.00 | $0.00 |
| Payroll Taxes | $0.00 | $2,950.00 | $2,950.00 |
| Worker's Comp | $0.00 | $1,000.00 | $1,000.00 |
| Professional Fees | $0.00 | $0.00 | $0.00 |
| Promotion | $0.00 | $200.00 | $200.00 |
| Property Taxes | $0.00 | $0.00 | $0.00 |
| Repair and Maint. | $1,000.00 | $1,000.00 | $2,000.00 |
| Salaries | $0.00 | $26,500.00 | $26,500.00 |
| Supplies | $850.00 | $2,500.00 | $3,350.00 |
| Telephone | $895.00 | $0.00 | $895.00 |
| Training | $0.00 | $0.00 | $0.00 |
| Travel | $500.00 | $0.00 | $500.00 |
| Travel Agent | $0.00 | $0.00 | $0.00 |
| Uniform Expense | $0.00 | $750.00 | $750.00 |
| Utilities | $10,960.00 | $0.00 | $10,960.00 |
| **Total Expense** | **$31,716.41** | **$43,020.58** | **$74,736.99** |
| **Net Ordinary Income** | **$12,358.59** | **$5,869.42** | **$18,228.01** |
| Debt Service | | | **$0.00** |
| Sales Tax | | $16,850.98 | **$16,850.98** |
| **Net Income** | **$12,358.59** | **($10,981.56)** | **$1,377.03** |

# Management Services Cash Collateral Budg

| | Nov 3-9 | Nov 10-16 | Total |
|---|---|---|---|
| Revenue | $0.00 | $0.00 | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| **Gross Profit** | **$0.00** | **$0.00** | **$0.00** |
| Food Cost | $0.00 | $0.00 | $0.00 |
| Liquor Cost | $0.00 | $0.00 | $0.00 |
| Advertising | $0.00 | $0.00 | $0.00 |
| Auto Expense | $0.00 | $0.00 | $0.00 |
| Bank Charges | $0.00 | $0.00 | $0.00 |
| Bad Debts | $0.00 | $0.00 | $0.00 |
| Breakfast | $0.00 | $0.00 | $0.00 |
| Casual Labor | $0.00 | $0.00 | $0.00 |
| Contract Labor | $0.00 | $0.00 | $0.00 |
| Credit Card Fees | $0.00 | $0.00 | $0.00 |
| Emp. Benefits | $0.00 | $0.00 | $0.00 |
| Dues and Sub. | $0.00 | $0.00 | $0.00 |
| Franchise Fees | $0.00 | $0.00 | $0.00 |
| Freight & Postage | $0.00 | $0.00 | $0.00 |
| Insurance | $0.00 | $0.00 | $0.00 |
| Office Expense | $0.00 | $0.00 | $0.00 |
| Leases | $0.00 | $0.00 | $0.00 |
| Linens | $0.00 | $0.00 | $0.00 |
| Payroll Taxes | $0.00 | $0.00 | $0.00 |
| Worker's Comp | $0.00 | $0.00 | $0.00 |
| Professional Fees | $0.00 | $0.00 | $0.00 |
| Promotion | $0.00 | $0.00 | $0.00 |
| Property Taxes | $0.00 | $0.00 | $0.00 |
| Repair and Maint. | $0.00 | $0.00 | $0.00 |
| Salaries | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Telephone | $0.00 | $0.00 | $0.00 |
| Training | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Travel Agent | $0.00 | $0.00 | $0.00 |
| Uniform Expense | $0.00 | $0.00 | $0.00 |
| Utilities | $0.00 | $0.00 | $0.00 |
| **Total Expense** | **$0.00** | **$0.00** | **$0.00** |
| **Net Ordinary Income** | **$0.00** | **$0.00** | **$0.00** |
| Debt Service | | | **$0.00** |
| | | | **$0.00** |
| **Net Income** | **$0.00** | **$0.00** | **$0.00** |