# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## ***Hearing Information:***

**Debtor:** ARIZONA LIZANATAY, L.L.C., AN ARIZONA LIMITED LIABILITY COMPANY
**Case Number:** 2:10-bk-33205-RJH **Chapter:** 11

**Date / Time / Room:** TUESDAY, JANUARY 11, 2011 10:00 AM 6TH FLOOR #603

**Bankruptcy Judge:** RANDOLPH J. HAINES
**Courtroom Clerk:** JANET SMITH
**Reporter / ECR:** SHERI FLETCHER

## ***Matter:***

CONFIRMATION OF PLAN HEARING
**R / M #:** 112 / 0

## ***Appearances:***

CHRISTOPHER R. KAUP/DARYL DORSEY, ATTORNEYS FOR ARIZONA LIZANATAY, L.L.C.
ROBERT HARRIS, ATTORNEY FOR IMG NOTE I
DAVID CATUOGNO, ATTORNEY FOR SUPER 8 WORLDWIDE
PATRICK CLISHAM, ATTORNEY HOSPITALITY PARTNERS OF WYOMING
NINA RIVERA, ATTORNEY FOR THE SMALL BUSINESS ADMINISTRATION
WESLEY RAY, ATTORNEY FOR AMERICAN NATIONAL
BRYAN ALBUE, ATTORNEY FOR PMC COMMERCIAL TRUST

## ***Proceedings:***

Mr. Kaup reviewed the ballot report. He requested a one day evidentiary hearing set on confirmation before the end of the month.

Mr. Ray advised time is needed for discovery and he will not be able to go to trial by the end of this month. He reviewed his objections to the plan.
Mr. Ray suggested a two day evidentiary hearing in 60 days. He further advised they will agree to extend use of cash collateral beyond the January 31st deadline.

Mr. Albue reviewed his position.

Mr. Harris stated he supports confirmation of the plan as amended by stipulation on December 23rd.

Mr. Clisham reviewed his objections to the plan.

Parties agreed to extending the use of cash collateral through mid March except Mr. Albue who indicated he would need to speak with his client.

COURT: IT IS ORDERED SETTING A 2 DAY EVIDENTIARY CONFIRMATION HEARING ON MARCH 8TH AND 9TH BEGINNING AT 10:30 AM. ON MARCH 8TH. PARTIES ARE DIRECTED TO FILE A JOINT PRE-TRIAL STATEMENT TUESDAY, MARCH 1, 2011. DISCOVERY IS AVAILABLE STARTING NOW. MR. KAUP IS DIRECTED TO CIRCULATE HIS EXPERT WITNESS REPORTS BY FRIDAY, JANUARY 21, 2011 AND OPPOSING PARTIES IDENTIFY THEIR EXPERT WITNESSES BY FRIDAY, JANUARY 28, 2011 AND CIRCULATE REPORTS BY FRIDAY, FEBRUARY 11, 2011.

THE COURT WILL GIVE PMC TRUST THE OPPORTUNITY TO SEPARATELY BRIEF AND SEEK ARGUMENT ON THE 1129(a)(10) ISSUE IF THEY WANT AND THE MATTER WILL BE SEPARATELY SET FOR ORAL ARGUMENT ONCE THE COURT HAS REVIEWED THE BRIEF AND IN THE MEANTIME DISCOVERY SHOULD GO FORWARD ON ALL ISSUES.

MR. ALBUE IS DIRECTED TO FILE A SEPARATE MEMORANDUM ON THE 1129(a)(10) ISSUE BY FRIDAY, JANUARY 14TH IF HE WANTS TO AND DEBTOR'S RESPONSE WILL BE DUE FRIDAY, JANUARY 21, 2011. IF THAT ALL OCCURS, MR. ALBUE IS DIRECTED TO CONTACT THE COURTROOM DEPUTY TO SET UP ORAL ARGUMENT ANYTIME THE WEEK OF JANUARY 25TH OR POSSIBLY FEBRUARY 1ST.